Form order – ntcorder

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

In Re: Soung Goo Joe and Young Hee Joe
Debtor

                Case No.: 04–34431–DHS
                Chapter 7

Charles M. Forman
Plaintiff

v.

Nam Juen Joe
Defendant

Adv. Proc. No. 06–01681–DHS                Judge: Donald H. Steckroth

---

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

      Please be advised that on April 3, 2008, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 30 – 20, 22
Opinion (related document:[22] Cross Motion re: to Compel Discovery and Strike Defenses filed by Charles Forman, (related document:[20] Motion to dismiss case for other reasons re:Failure to state a claim filed by Defendant Nam Juen Joe, Defendant Soung Goo Joe, Defendant Young Hee Joe). The following parties were served: Plaintiff, Plaintiff's Attorney, Defendant, Defendant's Attorney. Signed on 4/2/2008 (clb, )

      Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: April 3, 2008
JJW: clb

                                              James J. Waldron
                                              Clerk